IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE HOLMES, SR.,

    Plaintiff,

v.                                CASE NO. 4:13cv69-RH/CAS

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's corrected report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

IT IS ORDERED:

The corrected report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is REVERSED. The case is

REMANDED to the Commissioner for further proceedings consistent with the report and recommendation." The clerk must close the file.

SO ORDERED on January 10, 2014.

s/Robert L. Hinkle<br>United States District Judge