IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID LEE HOLMES, SR.,**

    Plaintiff,

vs.                                          Case No. 4:13cv69-RH/CAS

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    Pending is Plaintiff's **unopposed** petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, representing attorney fees in the amount of $5,400.00.  Doc. 17.

    In accordance with <u>Astrue v. Ratliff</u>, 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's attorney. If Plaintiff owes the United States any debt, the United States might reduce the amount of the payment, but that will be unknown until the check is issued.  The check should be made payable to Plaintiff and sent to the office of Plaintiff's attorney so that Plaintiff and Plaintiff's attorney may mutually implement their fee agreement without this court's involvement.

Accordingly, it is **RECOMMENDED** that Plaintiff's Petition for attorney's fees, doc. 17, be **GRANTED** and the court **ORDER** that the Secretary certify and pay to Plaintiff $5,400.00 as a reasonable attorney fee.  It is further **RECOMMENDED** that the court **ORDER** that payment of the EAJA fee be sent to the office of Plaintiff's attorney.

**IN CHAMBERS** at Tallahassee, Florida, on March 24, 2014.


s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections**