# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAVID LEE HOLMES, SR.,

    Plaintiff,

v.                              CASE NO.  4:13cv69- RH/CAS

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 18.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The plaintiff's motion for attorney's fees, ECF No. 17, is GRANTED.  The Secretary must pay the plaintiff $5,400 as attorney's fees under the Equal

Access to Justice Act and must forward the payment to the plaintiff's attorney's office.

SO ORDERED on May 2, 2014.

s/Robert L. Hinkle<br>United States District Judge

Case No. 4:13cv69-RH/CAS